UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.: 08-20368-CR-DIMITROULEAS

    Plaintiff,

vs.

KEDRIC JONES,

    Defendant.
_____/

## **O R D E R**

      THIS CAUSE is before the Court on Defendant's June 10, 2008 Motion to Dismiss Counts II and III. [DE-17]. There is no summary judgment procedure in criminal cases. U.S. v. Critzer, 951 F. 2d 306, 307 (11th Cir. 1992). A motion for acquittal under Rule 29, Federal Rules of Criminal Procedure, is the proper avenue for contesting the sufficiency of evidence in a criminal case. U.S. v. Salman, 378 F. 3d 1266, 1268 (11th Cir. 2004).

    Wherefore, Defendant's Motion to Dismiss [DE-17] is Denied.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of June, 2008.

                                      WILLIAM P. DIMITROULEAS
                                      United States District Judge

Copies furnished to:

Jason P. Grey, Esquire
Elijah A. Levitt, AUSA