UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  08-20368-CR-DIMITROULEAS

      Plaintiff,

vs.

KEDRICK JONES,

      Defendant.

_____/

## ORDER DEFERRING RULING

_____THIS CAUSE is before the Court on the Government's June 1, 2008 Notice of Intent to

Use 404(b) Evidence [DE-19], and the Court having considered the Defendant's July 15, 2008

Objections [DE-26], the Court defers ruling until the Calendar Call on July 31, 2008 at 9:00 A.M.

      DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

16th day of July, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Theodore Cooperstein, AUSA
Jason Grey, Esquire